IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGEL GRANT : CIVIL ACTION
v. :
MARK BALDWIN, et al. : NO. 11-3850

O R D E R

AND NOW, this 16th day of May, 2013, IT IS ORDERED that:

1. The complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e); and

2. The Clerk of Court shall CLOSE this case.

BY THE COURT:

MITCHELL S. GOLDBERG, J.